EXHIBIT B:

OF FOURTH DECLARATION

OF ALAN G. CRONE

(PLAINTIFF'S COUNSEL'S EXPENSES)

**Crone McEvoy, PLC expenses**

| Date | | Description | Amount |
|------|---|-------------|--------|
| 11/30/2009 | Legal Research | Legal research charge -Westlaw 11/09 | $174.92 |
| 12/31/2009 | | Long distance | $5.31 |
| 1/27/2010 | Court Filing Fee | Clerk US District Court - filing fees - Complaint -pd to JCF-3/31/10 | $350.00 |
| 1/27/2010 | Court Filing Fee | Clerk US District Court - filing fees - Pro Hac Vice-pd to JCF-3/31/10 | $50.00 |
| 1/29/2010 | | Copy work- 1/10 | $6.80 |
| 1/29/2010 | | Long distance | $4.37 |
| 2/17/2010 | Legal Research | JCF's office: Lexis-Nexis computer assisted search | $1.40 |
| 2/26/2010 | | Copy work - 2/10 | $0.40 |
| 2/26/2010 | Legal Research | Legal research charge -Westlaw - 2/10 | $2.47 |
| 3/10/2010 | Service of Process | JCF's office: Priority Process - process server fee | $80.00 |
| 3/31/2010 | Legal Research | Legal research charge -PACER | $1.76 |
| 3/31/2010 | Legal Research | Legal research charge - Westlaw 3/10 | $77.81 |
| 3/31/2010 | | Postage - 3/10 | $0.88 |
| 3/31/2010 | | Copy work -3/10 | $0.60 |
| 3/31/2010 | | Long distance | $12.64 |
| 4/21/2010 | Legal Research | JCF's office: PACER - on-line document retrieval | $0.40 |
| 4/30/2010 | | Copy work | $17.52 |
| 5/24/2010 | | Copy work | $18.48 |
| 5/24/2010 | | Copy work | $13.68 |
| 5/25/2010 | | Copy work | $1.92 |
| 5/26/2010 | Legal Research | On-line legal research | $1.92 |
| 6/11/2010 | | Postage | $0.44 |
| 6/14/2010 | | Copy work | $3.60 |
| 6/25/2010 | | Postage | $0.61 |
| 7/19/2010 | | Postage | $6.96 |
| 7/20/2010 | | JCF's office: FedEx Charge | $33.11 |
| 7/22/2010 | | Copy work | $38.16 |
| 7/22/2010 | | Postage | $2.85 |
| 7/27/2010 | | Copy work | $1.68 |
| 7/27/2010 | | Postage | $0.44 |
| 8/9/2010 | Legal Research | On-line legal research | $573.85 |
| 9/13/2010 | | Copy work | $25.20 |
| 9/14/2010 | | FedEx Charge | $50.13 |
| 9/14/2010 | | Copy work | $45.12 |
| 10/13/2010 | Legal Research | On-line legal research | $69.24 |
| 8/11/2011 | | Out-of-town travel -travel agency fee | $35.00 |
| 8/11/2011 | | Out-of-town travel -airline travel for Alan G. Crone | $752.90 |
| 8/31/2011 | | Photo copies - August | $28.05 |
| 9/6/2011 | Legal Research | Parking fee - for Jim Webb at law library for legal research | $3.00 |
| 9/12/2011 | Legal Research | Parking fee - for Jim Webb at law library for legal research | $3.00 |
| 9/15/2011 | Legal Research | Parking fee - for Jim Webb at law library for legal research | $3.00 |
| 9/16/2011 | | Photo copies - September - Crone & McEvoy | $22.20 |
| 9/16/2011 | | Photo copies - attorney, Jim Webb | $4.40 |
| 9/20/2011 | | Car rental fee for trip to Baltimore for Settlement Approval Hearing for Alan Crone | $430.15 |

**Crone McEvoy, PLC expenses**

| | | |
|---|---|---|
| 9/18-9/20/2011 | Hotel stay for Alan Crone's trip to Baltimore for Settlement Approval Hearing | $679.89 |
| 9/28/2011 | Copies for remainder of September | $15.60 |
| **Total** | | **$3,651.86** |

Miles Mason Family Law Group, PLC
5100 Poplar Ave.
Suite 3200
Memphis, TN 38137

## History Bill

Date:   9/21/2011

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| 4/01/2010 | KB | T | Researching 4th Circuit caselaw fo rmotion for conditional certification | 3 | $0.00 |
| 4/02/2010 | KB | T | Drafting M and Memo ISO M Conditional Certification | 3 | $0.00 |
| | | | Subtotal | 47.50 | $0.00 |
| 11/30/2009 | | E | Legal Research Charge- Westlaw 11/09 | 174.92 | $174.92 |
| 12/31/2009 | | E | Long distance 12/31 | 0 | $5.31 |
| 1/27/2010 | | E | CLERK, US DISTRICT COURT, Filing Fees - Complaint | 0 | $350.00 |
| 1/27/2010 | | E | CLERK, US DISTRICT COURT, Filling Fees - Pro Hac Vice | 0 | $50.00 |
| 1/29/2010 | | E | copy work - 01/10 | 0 | $6.80 |
| 1/29/2010 | | E | Long distance - 01/10 | 0 | $4.37 |
| 2/26/2010 | | E | copy work 02/10 | 0 | $0.40 |
| 2/26/2010 | | E | Legal Research Charge- Westlaw 02/10 | 0 | $2.47 |
| 3/31/2010 | | E | Legal Research Charge- Pacer | 0 | $1.76 |
| 3/31/2010 | | E | Legal Research Charge- Westlaw 03/10 | 0 | $77.81 |
| 3/31/2010 | | E | Postage 03/10 | 0 | $0.88 |
| 3/31/2010 | | E | copy work 03/10 | 0 | $0.60 |
| 3/31/2010 | | E | Long distance 03/10 | 0 | $12.64 |
| | | | Subtotal | 174.92 | $687.96 |
| | | | Total | 222.42 | $687.96 |
| | | | Total Time and Expenses | 222.42 | $687.96 |

**Detail Cost Transaction File List**

Borod & Kramer, plc

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 Alan G. Crone** | | | | | | | | |
| 12343.001 | 04/30/2010 | 3 | A | 51 | 0.240 | 17.52 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 05/24/2010 | 3 | A | 51 | 0.240 | 18.48 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 05/24/2010 | 3 | A | 51 | 0.240 | 13.68 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 05/25/2010 | 3 | A | 51 | 0.240 | 1.92 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 05/26/2010 | 3 | A | 76 | | 1.92 | Online legal research. Pacer 03<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 06/11/2010 | 3 | A | 53 | | 0.44 | Postage<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 06/14/2010 | 3 | A | 51 | 0.240 | 3.60 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 06/25/2010 | 3 | A | 53 | | 0.61 | Postage<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 07/19/2010 | 3 | A | 53 | 0.240 | 6.96 | Postage<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 07/22/2010 | 3 | A | 51 | 0.240 | 38.16 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 07/22/2010 | 3 | A | 53 | | 2.85 | Postage<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 07/27/2010 | 3 | A | 51 | 0.240 | 1.68 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 07/27/2010 | 3 | A | 53 | | 0.44 | Postage<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 08/09/2010 | 3 | A | 76 | | 573.85 | Online legal research. (87) West Payment Center<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 09/13/2010 | 3 | A | 51 | 0.240 | 25.20 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 09/14/2010 | 3 | A | 23 | | 50.13 | Fedex Charges (17) Federal Express to U. S. District Court of MD<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 09/14/2010 | 3 | A | 51 | 0.240 | 45.12 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 10/13/2010 | 3 | A | 76 | | 69.24 | Online legal research. (87) West Payment Center<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 03/29/2011 | 3 | A | 51 | 0.240 | 0.00 | Photocopy charges<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| **Total for Timekeeper 3** | | | | | Billable | 871.80 | Alan G. Crone | |
| **Timekeeper 14 Ashely Paige** | | | | | | | | |
| 12343.001 | 04/16/2010 | 14 | A | 76 | | 252.36 | Online legal research - Westlaw 04/10.<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| 12343.001 | 04/30/2010 | 14 | A | 50 | | 1.94 | Long distance telephone charges - 04/10<br>Leigh/Avary<br>Pepsi Bottling Group - FLSA | ARCH |
| **Total for Timekeeper 14** | | | | | Billable | 254.30 | Ashely Paige | |

| **GRAND TOTALS** | | |
|---|---|---|
| | Billable | 1,126.10 |

Houdini ESQ

**Dashboard Loadstar-Expenses**

| Date | Type | Amount |
|---|---|---|
| **Emily McEvoy** | | |
| 2011.06.01 | Other | $1,126.10 |
| 2011.06.20 | Photo Copies | $3.36 |
| 2011.08.11 | Out-of-town travel | $752.90 |
| 2011.08.11 | Out-of-town travel | $35.00 |
| **Maggie Crone** | | |
| 2011.08.31 | Photo Copies | $28.05 |
| 2011.09.16 | Photo Copies | $14.40 |
| 2011.09.16 | Photo Copies | $7.80 |

Houdini ESQ

emily@thecmfirm.com  Mon, Oct. 3, 2011 at 1:49 PM  pg 1

**Dashboard Loadstar-Expenses**

| Date | Type | Amount |
|---|---|---|
| **Maggie Crone** | | |
| 2011.09.06 | Local travel | $3.00 |
| 2011.09.12 | Local travel | $3.00 |
| 2011.09.15 | Local travel | $3.00 |
| 2011.09.16 | Photo Copies | $4.40 |
| 2011.09.18 | Out-of-town travel | $679.89 |
| 2011.09.20 | Out-of-town travel | $430.15 |
| 2011.09.28 | Photo Copies | $15.60 |

# CRONE & MCEVOY, PLC

5583 Murray Road, Suite 120 Memphis TN 38119 9017377740

# INVOICE

Avary  Leigh
2113 Brewton Street
District Heights MD 20747

Federal ID  #
Invoice Number  189
Invoice Date  09/16/11

Pepsi Bottling Group - FLSA

Matter  60-75   ID 60-75

## Account Summary

| | | |
|---|---|---|
| Previous Balance | 0 | |
| Payments Applied | 0 | |
| NET BALANCE FORWARD | | $0.00 |
| **Current Charges** | | |
| Services Rendered | 0 | |
| Expenses | $1,967.61 | |

| | | |
|---|---|---|
| TOTAL CHARGES THIS INVOICE | | $1,967.61 |
| **PLEASE PAY THIS AMOUNT** | | **$1,967.61** |

## Charge Details

| Date | Service/Expense | Staff | Time|Rate | Billed |
|---|---|---|---|---|
| 05/17/11 | Document Preparation | Maggie Crone | 0.25 0.00hr | $0.00 |
| 05/18/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| 05/18/11 | Document Review | Maggie Crone | 0.25 0.00hr | $0.00 |
| 06/02/11 | Document Review | Alan Crone | 1.25 0.00hr | $0.00 |
| | Reviewed draft of notice and consent form for settlement packet, Drafted response to claims administrator and counsel. | | | |
| 06/03/11 | Document Review | Alan Crone | 1.25 0.00hr | $0.00 |
| | Reviewed and approved latest draft of notice and consent form. | | | |
| 06/14/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| 06/15/11 | Document Review | Alan Crone | 0.50 0.00hr | $0.00 |
| | Reviewed email and report from Claims Administrator regarding progress of response to our notice. | | | |
| 06/15/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| 06/15/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Telephone call from Ms. Green a potential opt-in.  She called with questions about the settlement. | | | |
| 06/16/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| 06/20/11 | Phone Call | Alan Crone | 0.25 0.00hr | $0.00 |
| | Telephone conference with class member Randy Johnson to answer his questions about the settlement. | | | |
| 06/24/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Spoke with possible opt-in, Nana Opokuware regarding the notice, | | | |
| 07/20/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Spoke with possible opt-in to the settlement and answered his questions | | | |
| 07/26/11 | Document Review | Alan Crone | 0.25 0.00hr | $0.00 |

# CRONE & MCEVOY, PLC

5583 Murray Road, Suite 120 Memphis TN 38119 9017377740

# INVOICE

| | Charge Details | | | |
|---|---|---|---|---|
| Date | Service/Expense | Staff | Time\|Rate | Billed |
| | Reviewed Settlement Status Report filed by Rust, | | | |
| 07/26/11 | Compose Email | Alan Crone | 0.25 0.00hr | $0.00 |
| | Drafted email report to Mr. Leigh regarding settlement progress. | | | |
| 08/18/11 | Compose Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Drafted/sent Alan Crone email about Ms. Garry's call | | | |
| 08/18/11 | Phone Call | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Tiffany Garry called about the deadline for the notice deadline--will ask Alan Crone | | | |
| 08/22/11 | Read Email | Alan Crone | 0.50 0.00hr | $0.00 |
| | Read and responded to email from claims administrator regarding opt-in forms. | | | |
| 08/23/11 | Read Email | Alan Crone | 0.50 0.00hr | $0.00 |
| | Reviewed and responded to emails regarding opt-in forms and Rust's report on opt-in progress, Drafted email to Mr. Leigh... | | | |
| 08/23/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Rcvd emails from yesterday/today btwn claims administrator, AGC, opposing counsel, client re: the opt-in forms | | | |
| 08/23/11 | Document Preparation | Maggie Crone | 0.50 0.00hr | $0.00 |
| | Saved to server 57 opt-in forms sent by claims administrator | | | |
| 08/23/11 | Research | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Looked up local rules for Court's redaction policy in case I needed to redact opt-in forms | | | |
| 08/23/11 | Compose Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Drafted/sent Alan Crone email with information and question re: opt-in forms | | | |
| 08/23/11 | Document Composition | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Drafted Notice of Consents to Join for the 57 opt-ins | | | |
| 08/23/11 | Document Preparation | Maggie Crone | 0.50 0.00hr | $0.00 |
| | Filed Notice of Consents to Join via ECF | | | |
| 08/23/11 | Document Preparation | Maggie Crone | 0.75 0.00hr | $0.00 |
| | Printed out copies of Nt-Consents to Join and Opt-In Claim forms to mail to Judge Chasanow, drftd ltr to Judge | | | |
| 08/24/11 | Document Preparation | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Finished FedEx package with extra copies of the Notice of Consents and claim forms filed yesterday | | | |
| 08/24/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Received/reviewed email chain from Alan Crone and client regarding upcoming hearing | | | |
| 09/01/11 | Phone Call | Alan Crone | 0.25 0.00hr | $0.00 |
| | Telephone conference with Guy Halgren about affidavit from his client for use in the hearing on September 19. | | | |
| 09/06/11 | Compose Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Updated pleadings index, drafted/sent to Mr. Loveland to advise of our new address | | | |
| 09/06/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Received/reviewed from Sharon Mason with Notice of Appearance for C. Loveland sent to our old Crone & Mason address | | | |
| 09/08/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Received/reviewed ECF Notice of Appearance for Samantha Hardy - corrected notice, updated pleadings index | | | |
| 09/13/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Received/reviewed from Jim Webb with research case for approval hearing | | | |
| 09/13/11 | Read Email | Maggie Crone | 0.25 0.00hr | $0.00 |
| | Received/reviewed ECF notices of Def's Motion to Appear Telephonically at approval hearing-updated pleadings index | | | |

# CRONE & MCEVOY, PLC
### 5583 Murray Road, Suite 120 Memphis TN 38119 9017377740

# INVOICE

| Charge Details | | | | |
|---|---|---|---|---|
| **Date** | **Service/Expense** | **Staff** | **Time\|Rate** | **Billed** |
| 09/14/11 | Read Email | Maggie Crone | 0.25  0.00hr | $0.00 |
| | Received/reviewed ECF re: Declaration of Abagail Schwartz for Final Approval Hearing-updated plead. index | | | |
| 09/14/11 | Compose Email | Maggie Crone | 0.25  0.00hr | $0.00 |
| | Drafted/sent to client with copy of Declaration of Abagail Schwartz | | | |
| 09/14/11 | Document Review | Alan Crone | 1.25  0.00hr | $0.00 |
| | Reviewed research results from Jim Webb in support of settlement approval. | | | |
| 09/16/11 | Read Email | Maggie Crone | 0.25  0.00hr | $0.00 |
| | Received/reviewed emails with Memo draft & exhibits for today's filing | | | |
| 09/16/11 | Document Preparation | Maggie Crone | 0.75  0.00hr | $0.00 |
| | Preparing notebook for Alan Crone to take to Settlement Approval Hearing on Monday | | | |
| 06/20/11 | Photo Copies | Emily McEvoy | expense | $3.36 |
| | Current Expense Balance carried forward from Kramer & Crone. | | | |
| 06/01/11 | Other | Emily McEvoy | expense | $1,126.10 |
| | Balance carried forward from Kramer & Crone. | | | |
| 08/31/11 | Photo Copies | Maggie Crone | expense | $28.05 |
| | copy charges for August  - 187 x .15 = $28.05 | | | |
| 08/11/11 | Out-of-town travel | Emily McEvoy | expense | $35.00 |
| | Airline/Travel Agency Fees for Alan Crone, Esq. | | | |
| 08/11/11 | Out-of-town travel | Emily McEvoy | expense | $752.90 |
| | Airline Travel for Alan Crone, Esq. | | | |
| 09/16/11 | Photo Copies | Maggie Crone | expense | $14.40 |
| | 96 copies x .15 = $14.40 | | | |
| 09/16/11 | Photo Copies | Maggie Crone | expense | $7.80 |
| | 52 copies x .15 = $7.80 | | | |

# CRONE & MCEVOY, PLC
### 5583 Murray Road, Suite 120 Memphis TN 38119 9017377740

# INVOICE

| Charge Details | | | | |
|---|---|---|---|---|
| Date | Service/Expense | Staff | Time\|Rate | Billed |
| 09/14/11 | Read Email<br>Received/reviewed ECF re: Declaration of Abagail Schwartz for Final Approval Hearing-updated plead. index | Maggie Crone | 0.25  0.00hr | $0.00 |
| 09/14/11 | Compose Email<br>Drafted/sent to client with copy of Declaration of Abagail Schwartz | Maggie Crone | 0.25  0.00hr | $0.00 |
| 09/14/11 | Document Review<br>Reviewed research results from Jim Webb in support of settlement approval. | Alan Crone | 1.25  0.00hr | $0.00 |
| 09/16/11 | Read Email<br>Received/reviewed emails with Memo draft & exhibits for today's filing | Maggie Crone | 0.25  0.00hr | $0.00 |
| 09/16/11 | Document Preparation<br>Preparing notebook for Alan Crone to take to Settlement Approval Hearing on Monday | Maggie Crone | 0.75  0.00hr | $0.00 |
| 06/20/11 | Photo Copies<br>Current Expense Balance carried forward from Kramer & Crone. | Emily McEvoy | expense | $3.36 |
| 06/01/11 | Other<br>Balance carried forward from Kramer & Crone. | Emily McEvoy | expense | $1,126.10 |
| 08/31/11 | Photo Copies<br>copy charges for August  - 187 x .15 = $28.05 | Maggie Crone | expense | $28.05 |
| 08/11/11 | Out-of-town travel<br>Airline/Travel Agency Fees for Alan Crone, Esq. | Emily McEvoy | expense | $35.00 |
| 08/11/11 | Out-of-town travel<br>Airline Travel for Alan Crone, Esq. | Emily McEvoy | expense | $752.90 |
| 09/16/11 | Photo Copies<br>96 copies x .15 = $14.40 | Maggie Crone | expense | $14.40 |
| 09/16/11 | Photo Copies<br>52 copies x .15 = $7.80 | Maggie Crone | expense | $7.80 |

# CRONE & McEVOY, PLC

# RECEIPTS

**FedEx**    Shipment Receipt

## Address Information

**Ship to:**
Honorable Deborah K. Chasanow
United States Dist. Court of MD
6500 CHERRYWOOD LN

GREENBELT, MD
20770-1249
US
301-344-0634

**Ship from:**
Kristi Roberts
JEFFREY F. MCEVOY, ATTORNEY
5583 Murray Road, Suite 120

Memphis, TN
38119
US
9017372100

## Shipping Information

Tracking number: 795113476030
Ship date: 08/24/2011
Estimated shipping charges: 20.53 — *actual billed charge = $50.13 on 9/14/11*

## Package Information

Service type: Standard Overnight
Package type: FedEx Pak
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services: Adult signature required
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information

Bill transportation to: administrator-080
Your reference: Pepsi Bottling - Leigh
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

3476

**CRONE & MASON, PLC**

O'Malley, Miles, Nylen & Gilmore, P.A.

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 2/24/2010 | Bill | 66261 004777 00001 | 400.00 | 400.00 | | 400.00 |
| | | | | 3/31/2010 | | 400.00 |
| | | | | Check Amount | | 400.00 |

Crone Operating Acco   66261 004777 00001 JCF

400.00

MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com

PRINTED IN U.S.A.

PRODUCT DLT104   USE WITH 91663 ENVELOPE

LAW OFFICES

# O'MALLEY, MILES, NYLEN & GILMORE, P.A.

Tax ID No:
52-1908333

11785 Beltsville Drive
Tenth Floor
Calverton, Maryland 20705
(301) 572-7900
Fax No. (301) 572-6655

P.O. Box 689
Greenbelt, Maryland 20768

February 16, 2010

INVOICE 66261  004777 00001

JCF

AVARY LEIGH
C/O ALAN G. CRONE, ESQUIRE
CRONE & MASON, PLC
5100 POPLAR AVE
SUITE 3200
MEMPHIS, TN  38137

## V. PEPSI BOTTLING GROUP, INC.

## *PROFESSIONAL SERVICES*

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/26/2010 | JCF | Review documents - Draft Complaint, Cover Sheet, Motion Pro Hac Vice | 0.50 hrs @ 325  /hr | 162.50 |
| 01/26/2010 | JCF | Electronic Communication Outgoing - Alan Re Draft Pleading, Cover Sheet, Motion Pro Hac Vice, Etc. | 0.30 hrs @ 325  /hr | 97.50 |
| 01/27/2010 | HRK | Meeting with Jeanne Talbott regarding filing; Travel to Greenbelt Federal District Court; File Motion for Pro Hac Vice and Complaint | 0.50 hrs @ 175  /hr | 87.50 |

Total Professional Services:  347.50

## *DISBURSEMENTS*

| Date | Init | Description | Amount |
|---|---|---|---|
| 01/27/2010 | FF | CLERK, US DISTRICT COURT; Filing Fees - Complaint | 350.00 |
| 01/27/2010 | FF | CLERK, US DISTRICT COURT; Filing Fees - Pro Hac Vice | 50.00 |

Total Disbursements:  $400.00



## *BALANCE SUMMARY*

| | |
|---|---|
| Balance Forward as of bill dated 01/01/00 | $0.00 |
| Payments received since last bill | $0.00 |
| Adjustments Applied | $0.00 |
| Net Balance Forward | $0.00 |

## *BILL SUMMARY*

004777   -  66261

**LAW OFFICES**
# O'MALLEY, MILES, NYLEN & GILMORE, P.A.

Tax ID No:
52-1908333

11785 Beltsville Drive
Tenth Floor
Calverton, Maryland  20705
(301) 572-7900
Fax No. (301) 572-6655

P.O. Box 689
Greenbelt, Maryland 20768

| | |
|---|---:|
| TOTAL FEES | $347.50 |
| TOTAL DISBURSEMENTS | +$400.00 |
| INTEREST | $0.00 |
| TOTAL CURRENT CHARGES | $747.50 |
| BALANCE DUE | $747.50 |


# TRAVELENNIUM®

```
                                    500250  ITINERARY RECEIPT
                                            PAGE NO. 1
                                            PNR: 1P-40XC6J
                                            TK-R4/14N  BK-R4/14N


CRONE AND MCEVOY PLC
5583 MURRAY ROAD- SUITE 120
MEMPHIS TN 38119


NAME : CRONE/ALAN.G


                            ACCOUNT NO.        DATE
                            9013737740        11AUG11

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NONREF/PENALTY/APPLIES/
ISSUED BY-TRAVELENNIUM INC. MEMPHIS      TN

CO   DATE   CITY-AIRPORT        TIME     FLIGHT NBR/CLASS     ST SERV/ALNT

A SU 18SEP LV MEMPHIS            230P    DELTA          2569A OK BEVERAGE
           AR BALTIMORE-BWI      541P                        OSTOP CR9
           OPERATED BY MESABA DBA DELTA CONNECTION
           DL CONFO *G4TQCF

                           SEAT    02-C  **RESERVED**
                                   CRONE/ALAN.G
NOT VALID FOR TRAVEL-BEFORE 18SEP/AFTER 18SEP


C SU 18SEP HERTZ                         CONFO-F19848992232G0LR
           BWI THURGOOD MARS-TERMINAL    PICKUP-18SEP SUN/DL2569-J741
           7416 NEW RIDGE ROAD
           BALTIMORE MARYLAND            RETURN-20SEP TUE/1100
           PHONE-410.684.7900
           RATE-(GUARANTEED) USD 132.17 DAILY UNLIMITED MILLAGE
           EXTRA HOUR CHARGE 66.09 UNLIMITED MILEAGE
           APPROX TTL USD340.80 INC TAX-OTH CHGS
           1 LUXURY CAR
           CORPORATE ID-353750
           FOR RENTERS UNDER 25 YRS OF AGE SEE KEYWORD AGE
           AGR803600


H SU 18SEP MARRIOTT GREENBELT            CHECK IN- 18SEP SUN/1600
           6400 IVY LANE                 CHECK OUT-20SEP TUE/1200
           GREENBELT MD US 20770         GUARANTEED TO CREDIT CARD-AX
           PHONE-3014413700
           FAX-3014413993
           CONFO-83669823

                                             RATE GUARANTEED-USD
           REGULAR RATE  CONCIERGE LEVEL CONCIERGE
           GUEST ROOM  1 KING OR 2 DOUBLE  TOP FLOOR
           RATE INFO-249.00
           CANCEL RGRMTS-CANCEL PERMITTED UP TO  4PM DAY OF ARRIVAL
           HOTEL TIME.  276.39 CANCEL FEE PER ROOM.
           PERSONS INCLUDED IN RATE-1   FREQUENT GUEST NBR-679141370
           REQ KING BED
```



# TRAVELENNIUM®

```
                                    300250  ITINERARY RECEIPT
                                            PAGE NO. 2
                                            PNR: 1P-4QXC6J
                                            TK-R4/14N BK-R4/14N


CO   DATE   CITY-AIRPORT        TIME     FLIGHT NBR/CLASS     ST SERV/AMNT

A TU 20SEP LV BALTIMORE-BWI     1217P    DELTA          3081A OK BEVERAGE
           AR MEMPHIS           145P                             0STOP CR7
           OPERATED BY COMAIR DBA DELTA CONNECTION
           DL CONFO *G4TQCF
                                SEAT     02-C  **RESERVED**
                                         CRONE/ALAN.G
NOT VALID FOR TRAVEL-BEFORE 20SEP/AFTER 20SEP


PASSENGER                       TICKET NUMBER                 AIR AMT
CRONE/ALAN.G                    E0068698456203                752.90

       SERVICE FEE MCO: 8900538610963

                                AIR FARE              684.65
                                TAX                    68.25
                                TOTAL AIR FARE        752.90
                                SERVICE FEE            35.00
                                AMOUNT CHARGED        787.90
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X1002

THIS TICKET IS NONREFUNDABLE. IT IS CHANGEABLE FOR
A FEE PLUS FARE DIFFERENCE IF RESTRICTIONS ARE MET.
*********************************************
YOUR NAME ON TICKET MUST EXACTLY MATCH DRIVERS
LICENSE FOR DOMESTIC U.S.TRAVEL *OR* PASSPORT FOR
INTERNATIONAL TRAVEL. PASSPORT SHOULD BE VALID FOR
AT LEAST 6 MONTHS AFTER TRAVEL DATES.
YOU ARE RESPONSIBLE FOR PAYING ANY AIRLINE BAGGAGE
FEES DIRECTLY TO THE AIRLINES. IF YOUR TICKET NAME
AND FREQUENT FLYER NAME DO NOT EXACTLY MATCH THEN
YOU MAY NOT RECEIVE AUTOMATIC MILEAGE CREDIT.****
***FOR DOMESTIC FLIGHTS ARRIVE AT THE AIRPORT
***90 MINUTES PRIOR TO DEPARTURE. FOR INTERNATIONAL
***FLIGHTS ARRIVE 2 HOURS IN ADVANCE.
*********************************************
TRAVELENNIUM SERVICE FEES MAY APPLY FOR ANY
CHANGES MADE TO ISSUED TICKETS.
*********************************************
***PLEASE CHECK YOUR ITINERARY CAREFULLY***
TRAVELENNIUM INC IS NOT RESPONSIBLE FOR DISCREPANCIES
DISCOVERED MORE THAN 24 HOURS AFTER RESERVATIONS
ARE MADE OR TICKETS/DOCUMENTS ARE ISSUED.

***DURING NORMAL BUSINESS HOURS PLEASE CALL***
TRAVELENNIUM AT 800-844-4924 OR 901-767-0761. WE ARE
OPEN 8AM TO 5PM CENTRAL TIME MON THRU FRIDAY.


# TRAVELENNIUM®

```
                              300250 ITINERARY RECEIPT
                                     PAGE NO. 3
                                     PNR: 1P-4QXC6J
                                     TK-R4/I4N  BK-R4/I4N


CO    DATE     CITY-AIRPORT        TIME     FLIGHT NBR/CLASS      ST SERV/AMNT
--    ----     ------------        ----     ----------------      -- ---------

***EMERGENCY AFTER HOURS NUMBER 800-823-3077.
MINIMUM SERVICE FEE FOR AFTER HOURS EMERGENCY
ASSISTANCE IS $25.00. NO ASSISTANCE IS AVAILABLE AT
THIS NUMBER FOR TOURS/CRUISES/CONSOLIDATOR TICKETS
OR WEB-ONLY FARES.

FREQUENT FLYER NUMBERS
CRONE/ALAN.G          DL2130001393

          THANK YOU FOR CHOOSING TRAVELENNIUM INC
```

HQ • 556 COLONIAL • MEMPHIS, TN 38117 • 901-767-0761 • 800-844-4924 • FAX 901-766-0126 • WWW.TRAVELENNIUM.COM • INFO@TRAVELENNIUM.COM

Printer Battery: 99% Full

Printer Status: o

BWI-THURGOOD MARSHALL AP

# RR 657934841                          #01
# ALAN
# CRONE

VEHICLE: 02294 /8784647
11DTSN    LIC: MN  319GUU

CDP: 353750 -HICKOR/ SAVI GS CLUB

RES: F1984899232 /MCLD / :
COMPLETED BY: 3335 /MDBAL1 .
RENTED:  BWI-THURGOOD MAI SHALL AP
RENTAL:  09/18/11 18:16
RETURN:  09/20/11 11:19
RETURNED: BWI-THURGOOD MAI SHALL AP

PLAN IN:   MCLD    RATE LASS: I
**PLAN OUT:**   MCLD

MILES IN:     9516   TR-X  ILES
MILES OUT:    9475   MILES ALLOWED
MILES DRIVEN:   41   MILES CHARGED

DAYS      2 @ $  155.49    DAY   $   310.98
**SUBTOTAL 1**                     $   310.98
DISCOUNT -      R 15 %         $    46.65
**SUBTOTAL 2**                    T$   264.33
CONCESSION FEE RECOVERY       T$    36.10
LDW     ACCEPTED @ $29.99 AY   T$    59.98
LIS            DECLINED
PAI, PEC       DECLINED
FUEL & SVC $ .367/MI  $ 5. 0/GL  $   15.05
CFC & TFC                     T$    10.70
VEHICLE LICENSE COST RECO ERY T$     1.12
TAX 11.500% ON     372.28     $    42.83
**NET DUE**                       $   430.1
PAID BY  MC   XXXXXXXXX XX6852

HOW WAS YOUR EX ERIENCE?
WE'D LIKE YOUR  EEDBACK.

1)  Call  1-800-27 -1595, or
    Visit  WWW.HER ZSURVEY.COM

2)  Enter Access C de:   01840

3)  Take Brief 4 Q estion Survey

QUESTION
Visit WWW.HERT .COM or
Call 1-800-65 -4173

THANK YOU FOR RENT NG FROM
# HERTZ

GUEST FOLIO

**Marriott**
HOTELS & RESORTS

# GUEST FOLIO

| 1509 | CRONE/ALANG | 249.00 | 09/20/11 | 12:00 | 6129 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |

NSCK XXX                              09/18/11 18:45
TYPE                                  ARRIVE        TIME

28
ROOM
CLERK

ADDRESS                    PAYMENT              MRW#: XXXXX1370

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 09/18 | TELECOMM | WFB | 12.95 | | |
| 09/18 | WFB TAX | WFB | .78 | A | |
| 09/18 | M-BLUE | 99051509 | 30.29 | | |
| 09/18 | ROOM | 1509, 1 | 249.00 | | |
| 09/18 | ROOMTX | 1509, 1 | 14.94 | A | |
| 09/18 | LOCALTX | 1509, 1 | 12.45 | B | |
| 09/19 | RESTRNT | 71861509 | 69.36 | | |
| 09/19 | TELECOMM | | 12.95 | | |
| 09/19 | WFB TAX | WFB | .78 | A | |
| 09/19 | ROOM | 1509, 1 | 249.00 | | |
| 09/19 | ROOMTX | 1509, 1 | 14.94 | A | |
| 09/19 | LOCALTX | 1509, 1 | 12.45 | B | |
| 09/20 | AX CARD | | | $679.89 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------
| DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|
| E  6% DINNER SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 679.89 | .00 | .00 | 679.89 |

------------------ EXP. REPORT SUMMARY ------------------
| 09/18 | TELECOMM | 12.95 |
|---|---|---|
| | WFB TAX | .78 |
| | M-BLUE | 30.29 |
| | ROOM&TAX | 276.39 |
| | | |
| 09/19 | RESTRNT | 69.36 |
| | TELECOMM | 12.95 |
| | WFB TAX | .78 |
| | ROOM&TAX | 276.39 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

**Marriott**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The amount shown in the credits column opposite any other personal charges to us on this is your credit card charge. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

♻ Contains 30% post consumer fibers                          To secure your next stay, go to Marriott.com

**Marriott**
HOTELS & RESORTS

GUEST FOLIO

## GUEST FOLIO

| | | | | | |
|---|---|---|---|---|---|
| **1509** ROOM | CRONE/ALANG NAME | 249.00 RATE | 09/20/11 DEPART | 12:00 TIME | 6129 ACCT# |
| **NSCK** XXX TYPE | | | 09/18/11 ARRIVE | 18:45 TIME | |
| **28** ROOM CLERK | | | | | |

Clerk    Address    PAYMENT    MRW#: XXXXX1370

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

**Marriott**
HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The amount, if in the current payment column opposite any credit card entry in the reference column above, will be charged to the credit card number set forth above.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

® Contains 30% post consumer fibers