IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AVARY LEIGH, et al.                   :

                                      :

     v.                               :   Civil Action No. DKC 10-0218

                                      :

BOTTLING GROUP, LLC                   :

                                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of February, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1.   The parties' revised motion for approval of settlement BE, and the same hereby IS, GRANTED IN PART;

2.   The parties will submit a joint status report within fourteen (14) days advising of how they wish to proceed in this case; and

3.   The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge