IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| AVARY LEIGH, *individually and on behalf of all similarly situated persons,*<br><br>Plaintiff,<br><br>v.<br><br>BOTTLING GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 8:10-cv-00218 (DKC)<br>)<br>)<br>)<br>)<br>)<br>) |

******

## ORDER

IT IS HEREBY ORDERED that the settlement in the above-captioned case be finally approved and judgment entered, with the settlement fund to be allocated as follows:

- $187,275.66 in amounts payable to the plaintiffs;

- $9,000.00 in an incentive fee to Plaintiff Avary Leigh;

- $15,000.00 in claims administration fees;

- $3,651.86 in costs; and

- $64,273.14 in attorneys' fees.

_____
THE HONORABLE
DEBORAH K. CHASANOW

_Feb 27_____, 2012

W02-WEST:8ATH1\404675100.1